UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE


US Department of Labor, Secretary

                    v.                                          Civil No. 09-cv-376-JM

Media Solutions, Inc.


O R D E R


By order dated March 10, 2010, the court granted the plaintiff an extension of time to

serve the defendant, Media Solutions, Inc.  On March 30, 2010,  the plaintiff filed an unexecuted

certified mail, return receipt, addressed to William A. Russell, President, Media Solutions, Inc.

Prior to the entry of default in this matter, the plaintiff shall file an affidavit of service,

which shall include an explanation as to how the chosen method of service satisfies Fed. R. Civ.

P. 4(h).  The affidavit of service shall be filed within fourteen (14) days of the date of this order.

SO ORDERED.



May 12, 2010                                        /s/ Daniel J. Lynch
                                                    Daniel J. Lynch
                                                    United States Magistrate Judge


cc:      Donald E. d'Entremont, Esq.