UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE


<u>US Department of Labor, Secretary</u>

      v.                    Civil No. 09-cv-376-LM

<u>Media Solutions, Inc.</u>


**J U D G M E N T**

In accordance with the Court's order dated January 6, 2011, signed by Magistrate Judge Landya B. McCafferty, judgment is hereby entered.


                By the Court,

                */s/ James R. Starr*

                James R. Starr, Clerk

January 6, 2011

cc:    Donald E. d'Entremont, Esq.